IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| WAYNE HARRIS | § | |
| VS. | § | CIVIL ACTION NO. 5:07cv161 |
| WARDEN KEITH ROY | § | |

### MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Wayne Harris, an inmate confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the petition be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.  Petitioner filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  See FED. R. CIV. P. 72(b).  After careful consideration, the court concludes petitioner's objections are without merit and should be overruled.  Petitioner has met neither the requirement for an independent action in equity nor a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241.  See *United States v. Beggerly*, 524 U.S. 38, 46 (1998); *Reyes-Requena v. United States*, 243 F.3d 893, 904 (5th Cir. 2001).

### O R D E R

Accordingly, petitioner's objections are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is

**ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 17th day of January, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE